

**ROBIN L. HOOTER**
CLERK OF COURT ✦ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301
Phone (318) 473-8153   Fax (318) 473-4667   Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION (Effective 1-1-2022)         NO. 273,161   F

JEANNIE TORRY                          || NINTH JUDICIAL DISTRICT COURT
VERSUS                                 || PARISH OF RAPIDES
HOME DEPOT USA INC                     || STATE OF LOUISIANA

TO: HOME DEPOT USA INC
THRU AGENT CSC OF ST TAMMANY PARISH INC 417 W 21ST AVENUE
COVINGTON LA  70433-0000
ST. TAMMANY PARISH

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN TWENTY ONE(21) DAYS AFTER SERVICE HEREOF.  YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADINGS IN PERSON OR BY MAIL. IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 21ST DAY.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 29TH DAY OF MARCH,  2022.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION FOR DAMAGES.

ROBIN L. HOOTER
Clerk of Court

DAVID C LABORDE
1901 KALISTE SALOOM P O BOX 80098
LAFAYETTE LA  70598-0098
Filing Attorney                         BY _____
                                        Deputy Clerk of Court

1) LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.  COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.

2) PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS FOR ANSWERING EFFECTIVE 1-1-2022.

-------------------------
SHERIFF STAMP BELOW
-------------------------

0256543                     805





**EXHIBIT A**

(40)273161 - C/P - SN #1
Served - Personal on          INT:
CSC of St Tammany Parish, Inc. On Behalf Of Home De
417 West 21ST AV, COVINGTON
Return Date & Time: 04/05/2022 12:47PM
Through Sherri Swanson (Legal Assistant)

Laura Aucoin, Deputy Sheriff



# ROBIN L. HOOTER
## CLERK OF COURT ✦ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301



Phone (318) 473-8153     Fax (318) 473-4667     Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION (Effective 1-1-2022)         NO. 273,161     F

JEANNIE TORRY                             || NINTH JUDICIAL DISTRICT COURT
VERSUS                                    || PARISH OF RAPIDES
HOME DEPOT USA INC                        || STATE OF LOUISIANA

TO: HOME DEPOT USA INC
    THRU AGENT CSC OF ST TAMMANY PARISH INC 417 W 21ST AVENUE
    COVINGTON LA 70433-0000
    ST. TAMMANY PARISH

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN TWENTY ONE(21) DAYS AFTER SERVICE HEREOF. YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL. IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 21ST DAY. YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA, THIS 25TH DAY OF MARCH, 2022.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION FOR DAMAGES.

                                          ROBIN L. HOOTER
                                          Clerk of Court

DAVID C LABORDE
1901 KALISTE SALOOMP O BOX 80098
LAFAYETTE LA 70598-0098                   BY _____
Filing Attorney                              Deputy Clerk of Court

1) LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.

2) PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS FOR ANSWERING EFFECTIVE 1-1-2022.

---
SHERIFF STAMP BELOW
---



0256545                          805

4-6-2022                20210308202                    6020220406037140

CIVIL SUIT NO. 273,161 F

| | |
|---|---|
| **JEANNIE TORRY** | * **9TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * **PARISH OF RAPIDES** |
| **HOME DEPOT U.S.A., INC.** and **ABC INSURANCE COMPANY** | * **STATE OF LOUISIANA** |

## PETITION FOR DAMAGES

The petition of **JEANNIE TORRY**, who is the full age of majority, resident of and domiciled in the Parish of Rapides, State of Louisiana, respectfully represents as follows, to-wit:

1.

Made Defendants herein are:

1. **HOME DEPOT U.S.A., INC.**, a corporation, licensed and doing business in the State of Louisiana, who may be served through its registered agent for service of process: CSC of St. Tammany Parish, Inc., 417 W. 21st Avenue, Covington, Louisiana 70433; and

2. **ABC INSURANCE COMPANY**, the unknown liability insurer for **HOME DEPOT U.S.A., INC.**

2.

Defendants, **HOME DEPOT U.S.A., INC.** and **ABC INSURANCE COMPANY**, are liable unto Plaintiff *in solido* for the full sum of the amount of damages reasonable in the premises to be proven at the trial on the merits, plus interest from the date of judicial demand until paid, and for all costs of these proceedings and for all general and equitable relief that Plaintiff is entitled to for the following to-wit:

3.

On or about March 24, 2021, Plaintiff, **JEANNIE TORRY**, was a shopper/guest at **HOME DEPOT U.S.A., INC.**, located at 5000 Masonic Drive, Alexandria, Louisiana 71301, hereinafter referred to as "**HOME DEPOT**".

4.

At or about that same date, November 26, 2020, Plaintiff, **JEANNIE TORRY**, was walking on the premises of the **HOME DEPOT** and stepped on a piece of wood that was encroaching into the aisle established for shoppers to walk, causing her to injure her left ankle and sustain severe injuries.

5.

Plaintiff avers that the piece of wood in the aisle constituted a vice, defect, a hazardous

condition and/or an unreasonably dangerous condition on **HOME DEPOT's** premises and the risk of harm was foreseeable to **HOME DEPOT**. As a result of the location of this hazardous condition, Defendant, **HOME DEPOT** knew or in the exercise of reasonable care, should have known of the defect.

6.

The injury could have been prevented by the exercise of reasonable care and **HOME DEPOT** failed to exercise reasonable care. The sole legal cause of the incident sued on herein was the negligence of Defendant, **HOME DEPOT,** which negligence consisted more particularly, but not exclusively, of the following:

a) Failing to maintain the premises in a safe and orderly condition.

b) Failing to inspect the premises and remove/repair defective conditions when it knew or should have known of the presence of such dangerous and defective conditions.

c) Failing to take reasonable steps to warn or protect the public and the Plaintiff from dangerous and defective conditions on the premises when Defendants knew or should have known of the presence of such dangerous and defective conditions.

d) Creating a dangerous and hazardous condition on its premises.

e) Failing to properly supervise employees regarding maintaining and inspecting premises to the extent necessary to protect the public.

f) Failing to see what they should have seen and do what they should have done to prevent Plaintiff's incident; and

g) Failing to develop, implement, or execute policies and procedures for maintenance of the grounds in a safe and unimpeded condition.

h) Failing to provide a premise free from unreasonable aisles of harm.

i) Failing to keep the aisles, passageways, and floors of **HOME DEPOT's** premises free of hazardous conditions.

j) Creating a risk harm.

7.

As a result of the above-described incident on March 24, 2021 sued on herein, Plaintiff, **JEANNIE TORRY,** suffered personal injuries and damages including, but not limited to:

a) Injury to her left ankle.

b) Injury to her left foot.

c) Anxiety and depression.

8.

Accordingly, Plaintiff, **JEANNIE TORRY**, itemizes recoverable damages as follows:

a) Physical pain and suffering, past, present, and future.

b) Mental and emotional pain, anguish, and distress, past, present, and future.

c) Loss of enjoyment of life, past, present, and future.

d) Impairment and disability.

e) Disfigurement and scarring; and

f) Medical expenses, past, present, and future.

9.

On or about March 24, 2021 at the time of the incident sued upon herein, Plaintiff alleges upon information and belief that there was in full force and effect, one or more policies liability insurance issued by **ABC INSURANCE COMPANY**, in favor of Defendant, **HOME DEPOT U.S.A., INC.** which policy(s) afford(s) coverage for the liability of the nature asserted herein such as Defendants, and which insurance inures to the benefit of Plaintiff under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269, thereby entitling Plaintiff to maintain this direct action against said Defendant's insurer and thereby rendering said Defendant's insurers liable *in solido*, with Defendant, **HOME DEPOT U.S.A., INC.** for damages as sued for herein.

10.

Damages in this matter far exceed the dollar threshold sufficient to justify a trial by jury by any party.

WHEREFORE, Plaintiff prays that Defendants be duly served with a copy of the Petition for Damages, and after all legal delays and due proceedings had, there be judgment in favor of Plaintiff, **JEANNIE TORRY**, and against Defendants, **HOME DEPOT U.S.A., INC.** and **ABC INSURANCE COMPANY**, jointly, severally, and *in solido*, for compensatory damages and special damages in an amount that will adequately satisfy the demands of justice, together with legal interest thereon from the date of judicial demand until paid.

Plaintiff further prays for all costs of these proceedings and for any other relief to which Plaintiffs are entitled under law and evidence.

*Signature line next page*

Respectfully submitted:

**LABORDE EARLES LAW FIRM, LLC.**

By: _____
**DAVID C. LABORDE, JR., (Bar#38807)**
*Email: service@onmyside.com*
**NICHOLAS R. ROCKFORTE, (Bar# 31305)**
**SCOTT F. HIGGINS, (Bar# 26924)**
**MARY K. CRYAR (Bar#24062)**
**WESLEY K. ELMER (Bar# 23724 )**
**WILL MONTZ, (Bar#29355)**
1901 Kaliste Saloom Road (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone: (337) 261-2617
Fax: (337) 261-1934
***Attorneys for Plaintiff- JEANNIE TORRY***

*For all non-service relation communication Please direct to dlaborde@onmyside.com*



**PLEASE SERVE:**

**HOME DEPOT U.S.A., INC.**
through its registered agent for service of process:
CSC of St. Tammany Parish, Inc.
417 W. 21st Avenue
Covington, Louisiana 70433

**HOLD SERVICE:**

**ABC INSURANCE COMPANY**, the unknown liability insurer for **HOME DEPOT U.S.A, INC.**

CIVIL SUIT NO. 273,161 F

| | |
|---|---|
| **JEANNIE TORRY** | * **9TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * **PARISH OF RAPIDES** |
| **HOME DEPOT U.S.A., INC.**<br>**and ABC INSURANCE COMPANY** | * **STATE OF LOUISIANA** |

### REQUEST FOR NOTICE

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are hereby requested to give us written notice, by mail, ten (10) days in advance of the date fixed for trial of this case, whether on exceptions, rules or the merits thereof.

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are also requested to send us immediate notice of any order of judgment made or rendered in this case, upon entry of such order of judgment.

Respectfully Submitted:

**LABORDE EARLES LAW FIRM, LLC.**

By:_____
**DAVID C. LABORDE, JR., (Bar#38807)**
*Email: service@onmyside.com*
**NICHOLAS R. ROCKFORTE, (Bar# 31305)**
**SCOTT F. HIGGINS, (Bar# 26924)**
**MARY K. CRYAR (Bar#24062)**
**WESLEY K. ELMER (Bar# 23724 )**
**WILL MONTZ, (Bar#29355)**
1901 Kaliste Saloom Road (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone: (337) 261-2617
Fax: (337) 261-1934
*Attorneys for Plaintiff- JEANNIE TORRY*

*For all non-service relation communication Please direct to dlaborde@onmyside.com*

STATE OF LOUISIANA, PARISH OF RAPIDES
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS
A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE
AND OF RECORD IN THIS OFFICE.
IN FAITH WHEREOF, WITNESS MY HAND AND SEAL OF
OFFICE, AT ALEXANDRIA, LOUISIANA, THIS _____
DAY OF _____ A.D., 20___
ROBIN L. HOOTER
BY _____
DY. CLERK OF COURT